# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff* | § § § | |
| v. | § § | Case No. 1:05-cr-00039-LY-1 |
| **MICHAEL MEDINA (1),** *Defendant* | § § | |

## O R D E R

Now before the Court is Defendant Michael Medina's Motion to Appoint Appellate Counsel, contained within his Notice of Appeal filed March 10, 2022 (Dkt. 311). The District Court referred the Motion to the undersigned Magistrate Judge on April 12, 2022. Dkt. 314.

The Amended Judgment in a Criminal Case was filed on March 4, 2022, and Defendant has filed a notice of appeal to the United States Court of Appeals for the Fifth Circuit. Dkts. 309, 311. Defendant has been detained since his arrest on October 29, 2004, and is serving a total term of imprisonment of 480 months. The Court finds that Defendant is financially unable to employ appellate counsel, and that the interests of justice require that counsel be appointed to represent him on appeal.

**IT IS THEREFORE ORDERED** that Defendant Michael Medina's Motion to Appoint Appellate Counsel (Dkt. 311) is **GRANTED**. Daniel H. Wannamaker is hereby **WITHDRAWN** and Lisa Rasmussen Hoing #24061028 is **APPOINTED** as Defendant's counsel of record on appeal.

**SIGNED** on April 13, 2022.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE